

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-23-00805-CV

**THE STATE OF TEXAS FOR THE BEST INTEREST AND PROTECTION OF L.M.**

From the Probate Court No. 1, Bexar County, Texas
Trial Court No. 2023MH02104
Honorable Oscar J. Kazen, Judge Presiding

PER CURIAM

Sitting:       Rebeca C. Martinez, Chief Justice
                Patricia O. Alvarez, Justice
                Luz Elena D. Chapa, Justice

Delivered and Filed: October 4, 2023

MOTION TO DISMISS GRANTED; DISMISSED

Appellant has filed a motion to voluntarily dismiss this appeal and a request for immediate issuance of the mandate. The Court, having considered the motion and request, is of the opinion that the motion and request should be granted. *See* TEX. R. APP. P. 42.1(a)(1). Therefore, the appellant's motion to dismiss and for immediate issuance of mandate is granted, and the appeal is hereby dismissed. Because appellant qualifies as indigent under Rule 20 of the Texas Rules of Appellate Procedure, no costs are assessed against appellant in relation to this appeal. *See id*. at R. 20. Finally, for good cause, the clerk of the court shall issue the mandate instanter. *See id*. at R. 18.1(c).

PER CURIAM